UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL D. HOLMES, ) | |
| ) | Case No. 3:10-cv-00002-RRB |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MEMORANDUM IN SUPPORT |
| CORNERSTONE CREDIT SERVICES, ) | OF MOTION TO DISMISS |
| LLC and D. SCOTT DATTAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has accepted an offer of judgment from Defendant Cornerstone. Plaintiff's complaint has been satisfied – in its entirety by acceptance of Cornerstone's offer of judgment (attached hereto as Exhibit "A"). Therefore the matter should be dismissed as to D. Scott Dattan.

Plaintiff has received <u>all</u> of the statutory damages which he demanded in his complaint and to which he is or may be entitled. His complaint requests "three times actual damages or $500, whichever is greater," this he has, or will receive. All of the injunctive relieve for which he asks has already been agreed to by the parties or pertains only to defendant Cornerstone. The plaintiff and Cornerstone has agreed to a process whereby plaintiff's attorneys fees will be dealt with.

Accordingly, there is nothing left to litigate. For Holmes to maintain this action further can only be harassment. For instance, the complaint requests actual damages or $500, whichever is greater – under AS.45.50.531(a). That statute states:

> Sec. 45.50.531. Private and class actions. (a) A person who suffers an ascertainable loss of money or property as a result of another person's act or practice declared unlawful by AS 45.50.471 may bring a civil action to recover for each unlawful act or practice

*Holmes v. Cornerstone Credit Services, LLC, et al.*; Case No. 3:10-cv-00002-RRB
Memorandum in Support of Motion to Dismiss
Page **1** of **2**

three times the actual damages or $500, whichever is greater. The court may provide other relieve it considers necessary and proper. Nothing in this subsection prevents a person who brings an action under this subsection from pursuing other remedies available under other law, including common law.

There is no allegation in the complaint that the Law Office of D. Scott Dattan committed any act separate or distinct from those done by Cornerstone.

15 USC 1692(a) provides for damages for violation of the FDCPA as follows:

> Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of –
> (1) any actual damage sustained by such person as a result of such failure;
> (2)
> (A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1000….

Consideration of either statute taken together with Cornerstone's payment of all plaintiff's damages (plus statutory penalties) renders this matter moot.

Therefore, plaintiff's complaint with respect to the undersigned defendant should be dismissed with prejudice.

DATED this 17th Day of May, 2010.

        LAW OFFICE OF D. SCOTT DATTAN
        s/D. Scott Dattan
        Alaska Bar No. 8411111
        Law Office of D. Scott Dattan
        2600 Denali Street, Suite 460
        Anchorage, Alaska 99503
        Phone: (907) 276-8008
        Facsimile: (907) 278-8571
        dattan@alaska.net

*Holmes v. Cornerstone Credit Services, LLC, et al.*; Case No. 3:10-cv-00002-RRB
Memorandum in Support of Motion to Dismiss
Page **2** of **2**